| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1442 | appstored/com.apple.news apple.news | | | Wifi In:0<br>Wifi Out:0<br>Wan In:0<br>Wan Out:0 | End Time: | PID: 0<br>TID: 0<br>Effective UID: 0 | iPhoneNetworkDataUsage<br>Source Extraction:<br>Legacy (1) |
| 1443 | adservicesd | | | Wifi In:0<br>Wifi Out:0<br>Wan In:0<br>Wan Out:0 | End Time: | PID: 0<br>TID: 0<br>Effective UID: 0 | iPhoneNetworkDataUsage<br>Source Extraction:<br>Legacy (1) |
| 1444 | SharedDocs | | | Wifi In:0<br>Wifi Out:0<br>Wan In:372142<br>Wan Out:196203 | End Time: | PID: 0<br>TID: 0<br>Effective UID: 0 | iPhoneNetworkDataUsage<br>Source Extraction:<br>Legacy (1) |
| 1445 | StoreKitUIService /com.apple.ios. StoreKitUIService | com.apple.ios.StoreKitUIService | | Wifi In:0<br>Wifi Out:0<br>Wan In:41451<br>Wan Out:10698 | End Time: | PID: 0<br>TID: 0<br>Effective UID: 0 | iPhoneNetworkDataUsage<br>Source Extraction:<br>Legacy (1) |
| 1446 | itunesstored/com.apple.ios.StoreKitUIService | com.apple.ios.StoreKitUIService | | Wifi In:0<br>Wifi Out:0<br>Wan In:36184<br>Wan Out:6546 | End Time: | PID: 0<br>TID: 0<br>Effective UID: 0 | iPhoneNetworkDataUsage<br>Source Extraction:<br>Legacy (1) |

## MMS Messages (150)

| # | Parties | Content | Other | Deleted |
|---|---|---|---|---|
| 1 | Timestamp:<br>11/2/2018<br>15:53(UTC+0)<br>From:<br>+13128907003<br>Insane*<br>Direction:<br>Incoming | Subject: No subject<br>Body:<br>2000<br>Attachments:<br>image0000001.jpg | Status: Read<br>Source Extraction:<br>Legacy (1) | |

Exhibit A



Exhibit A

| # | Folder | Source | Search/Entered item | Source Extraction | Deleted |
|---|---|---|---|---|---|
| 690 | | Safari | usps parcel tracking | Legacy (1) | Yes |
| 691 | | Safari | matt barnes new house | Legacy (1) | Yes |
| 692 | | Safari | matt barnes house | Legacy (1) | Yes |
| 693 | | Safari | hibachi restaurants in manhattan new �_� | Legacy (1) | Yes |
| 694 | | Safari | matt barnes house in el chino | Legacy (1) | Yes |
| 695 | | Safari | usps tracking | Legacy (1) | Yes |
| 696 | | Safari | usps trackingo | Legacy (1) | Yes |
| 697 | | Safari | usps | Legacy (1) | Yes |
| 698 | | Safari | 4624 s ellis | Legacy (1) | Yes |
| 699 | | Safari | craigslist chicago | Legacy (1) | Yes |
| 700 | | Safari | cr | Legacy (1) | Yes |
| 701 | | Safari | just fly | Legacy (1) | Yes |
| 702 | | Safari | the bentley hotel new york bed bugs | Legacy (1) | Yes |
| 703 | | Safari | the bentley hotel new york city | Legacy (1) | Yes |
| 704 | | Safari | the bentley hotel new york | Legacy (1) | Yes |
| 705 | | Safari | good hotels in times square new york | Legacy (1) | Yes |
| 706 | | Safari | drag race track in new jersey | Legacy (1) | Yes |
| 707 | | Safari | louis vuitton | Legacy (1) | Yes |
| 708 | | Safari | 1900 hours | Legacy (1) | Yes |
| 709 | | Safari | 803 area code | Legacy (1) | Yes |
| 710 | | Safari | 786 area code | Legacy (1) | Yes |
| 711 | | Safari | ch | Legacy (1) | Yes |
| 712 | | Safari | did the bears win | Legacy (1) | Yes |
| 713 | | Safari | mattress cleaning | Legacy (1) | Yes |
| 714 | | Safari | professional mattress cleaning service | Legacy (1) | Yes |
| 715 | | Safari | 6900 s western ave | Legacy (1) | Yes |
| 716 | | Safari | chi tung | Legacy (1) | Yes |
| 717 | | Safari | david terrell | Legacy (1) | Yes |
| 718 | | Safari | jerk chicken | Legacy (1) | Yes |
| 719 | | Safari | 1000M | Legacy (1) | Yes |
| 720 | | Safari | NEMA Chicago | Legacy (1) | Yes |
| 721 | | Safari | grandstand | Legacy (1) | Yes |
| 722 | | Safari | grandstand sports chicago | Legacy (1) | Yes |
| 723 | | Safari | chicago bears store | Legacy (1) | Yes |
| 724 | | Safari | jerk villa on 22nd and michigan phone number | Legacy (1) | Yes |
| 725 | | Safari | gas depot near me | Legacy (1) | Yes |
| 726 | | Gmail | 1 East 57th Street, New York, NY 10022 | Legacy (1) | |
| 727 | | Gmail | 2145 Hamilton Avenue, San Jose, CA 95125 | Legacy (1) | |

## SMS Messages (307)

⚠ * These details are cross-referenced from this device's contacts

| # | Folder | Party | Time | All timestamps | Status | Message | Deleted |
|---|---|---|---|---|---|---|---|
| 3 | Inbox | From +13128907003 Insane* Direction: Incoming | 11/2/2018 18:03(UTC+0) | Read: 11/2/2018 18:03(UTC+0) | Read | Okay<br>Source Extraction: Legacy (1) | |
| 4 | Sent | To +13128907003 Insane* Direction: Outgoing | 11/2/2018 18:03(UTC+0) | | Sent | Be to you in bout 20 till 30 min<br>Source Extraction: Legacy (1) | |
| 5 | Inbox | From +13128907003 Insane* Direction: Incoming | 11/2/2018 18:02(UTC+0) | Read: 11/2/2018 18:02(UTC+0) | Read | How u looking g<br>Source Extraction: Legacy (1) | |
| 6 | Inbox | From +13128907003 Insane* Direction: Incoming | 11/2/2018 17:08(UTC+0) | Read: 11/2/2018 17:09(UTC+0) | Read | Okay<br>Source Extraction: Legacy (1) | |
| 7 | Sent | To +13128907003 Insane* Direction: Outgoing | 11/2/2018 17:08(UTC+0) | | Sent | I'm coming I just have to go get the money my cousin not even asking the phone he have the work so I'm on my way home to get the money<br>Source Extraction: Legacy (1) | |

3071

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Inbox | **From** +13128907003 Insane* **Direction:** Incoming | 11/2/2018 17:04(UTC+0) | **Read:** 11/2/2018 17:05(UTC+0) | Read | Yessir bro **Source Extraction:** Legacy (1) |
| 9 | Sent | **To** +13128907003 Insane* **Direction:** Outgoing | 11/2/2018 15:55(UTC+0) | | Unsent | I want em **Source Extraction:** Legacy (1) |
| 10 | Inbox | **From** +13128907003 Insane* **Direction:** Incoming | 11/2/2018 15:54(UTC+0) | **Read:** 11/2/2018 15:54(UTC+0) | Read | Or a zip of dog food **Source Extraction:** Legacy (1) |

Exhibit A